**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  0:23-cv-62008-CMA

DENISE PAYNE,

          Plaintiff,

    v.

NARANG PLAZA INC.,

          Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, DENISE PAYNE, and Defendant, NARANG PLAZA INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this April 3, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | / s/ *Kenneth L. Minerley* |
| BEVERLY VIRUES, ESQ. | KENNETH L. MINERLEY, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 521840 |
| GARCIA-MENOCAL, P.L. | MINERLEY FEIN, P.A. |
| 350 Sevilla Avenue, Suite 200 | 1200 N. Federal Highway, Suite 420 |
| Coral Gables, FL 33345 | Boca Raton, FL 33432 |
| Telephone: (305) 553- 3464 | Telephone: (561) 362-6699 |
| Email:  bvirues@lawgmp.com | E-Mail: ken@minerleyfein.com |
| *Counsel for Plaintiff Denise Payne* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this April 3, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
aquezada@lawgmp.com

By: */s/ Beverly Virues*
BEVERLY VIRUES
Florida Bar No.: 123713

2