UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0-23-cv-62008-LEIBOWITZ/Strauss

DENISE PAYNE,

     *Plaintiff*,

v.

NARANG PLAZA, INC.,

     *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 45] filed on April 3, 2024.  The parties are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within sixty (60) days from the date of this Order.  If such papers are not filed within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction to enforce the settlement agreement.

The **Clerk of Court** is INSTRUCTED to ADMINISTRATIVELY CLOSE this case.  All pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 3rd day of April, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record